# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2023-3381
Lower Tribunal No. CF22-007484-XX

—————————————————

KAJOR WELLINGTON LAWSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, and David Campbell and Natalie Reyna-Pimiento, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED